UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAMOS,<br>Plaintiff,<br>v.<br>SCUOLA BC LLC, et al.,<br>Defendants. | No. 2:24-cv-03304-DAD-SCR<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE ON DEFENDANT KEN KEMBLE, INC. THROUGH THE CALIFORNIA SECRETARY OF STATE<br><br>(Doc. No. 17) |

Before the court is plaintiff's motion seeking an order authorizing service of defendant Ken Kemble, Inc. by hand delivery of the summons and complaint to the California Secretary of State. (Doc. No. 17.) A similar motion was filed by counsel for plaintiff and denied without prejudice on June 10, 2025, based on the court's finding that plaintiff had not established at that time that he had attempted to serve defendant Ken Kemble, Inc. through reasonable diligence and that this defendant could not be served with the exercise of due diligence in any other manner provided by law. (*Id.* at 6.)

The court finds based upon the evidence submitted in support of the pending motion that the required showing has now been made by plaintiff. Accordingly, plaintiff's motion for an order authorizing alternative service on defendant Ken Kemble, Inc. (Doc. No. 17) is hereby

granted and plaintiff is authorized to serve defendant Ken Kemble, Inc. by serving the California Secretary of State in compliance with California Corporations Code § 1702(a).[1]

IT IS SO ORDERED.

Dated: **September 21, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court apologizes for the excessive delay in the issuance of this order. By way of explanation, the Eastern District of California is currently facing a judicial crisis due to a deluge of immigration-related habeas petitions pending before it. To fully appreciate the serious nature of that crisis one need only consider the following. In this court with only six authorized district judgeships, the same number this district was authorized to have in 1979, between August 2025 and July 21, 2026, 5,583 immigration related petitions for habeas relief have been filed along with 3,556 motions for temporary restraining orders.